UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEISZLER and JOSEPH STYGER,<br><br>         Plaintiffs,<br><br>v.<br><br>ALIGN TECHNOLOGIES, INC.<br><br>         Defendants. | Case No.  10-cv-2010 MMC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL AND JOINT MOTION FOR STAY OF PROCEEDINGS; CONTINUING CASE MANAGEMENT CONFERENCE AND VACATING PENDING HEARING DATES<br>Date:      September 3, 2010<br>Time:      9:00 a.m.<br>Courtroom: 7, 19th Floor<br>Judge:     Hon. Maxine M. Chesney |

1    Plaintiffs' Unopposed Motion for Appointment of Interim Lead Counsel and Joint
2    Motion for Stay of Proceedings, having come on regularly ~~for hearing~~ before this Court ~~on~~
3    ~~September 3, 2010~~.
4    WHEREAS Fed. R. Civ. P. 23(g)(2)(B) requires the Court to appoint interim class
5    counsel best able to represent the interests of the class; and
6    WHEREAS the law firm of Stueve Siegel Hanson LLP meets all of the criteria under
7    Fed. R. Civ. P. 23(g) for appointment as interim class counsel; and
8    WHEREAS the interests of judicial economy and efficiency are promoted by a stay in
9    the litigation until October 25, 2010 in order for the parties to explore settlement before a
10   neutral third party mediator; and
11   The Court having reviewed all briefs and documents filed in relation to said motions,
12   and good cause appearing therefor,
13   IT IS HEREBY ORDERED THAT:
14   1.    The law firm of Stueve Siegel Hanson LLP is hereby appointed interim lead
15   counsel for Plaintiffs and the Plaintiff Class;
16   2.    This action is stayed for all purposes until October 25, 2010 so that the parties
17   may explore settlement and participate in mediation.

Further, in light of the stay, the August 20, 2010 hearing on defendant's motion to dismiss is hereby VACATED, without prejudice to defendant's renoticing the motion upon the lifting of the stay, and the Case Management Conference is hereby CONTINUED from September 17, 2010 to November 12, 2010.  The parties shall file a Joint Case Management Statement no later than November 5, 2010.

The September 3, 2010 hearing date on the instant motion for appointment and to stay is VACATED.

IT IS SO ORDERED.

DATED:  _August 2, 2010__

_____
Judge of the United States District Court