IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Leiszler and Joseph Styger,<br><br>                         Plaintiff,<br><br>   v.<br><br>Align Technologies, Inc.<br><br>                         Defendant. | CASE NO. 10-cv 2010 MMC<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

Patrick J. Stueve                                    , whose business address and telephone number is

Stueve Siegel Hanson LLP, 460 Nichols Road, Suite 200, Kansas City, MO 64112, (816) 714-7100

and who is an active member in good standing of the bar of Western District of Missouri

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: August 10, 2010

Maxine M. Chesney
United States District Judge