RECEIVED
2010 AUG -4 P 4: 55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Leiszler and Joseph Styger, | CASE NO. 10-cv 2010 MMC |
| Plaintiff, | ~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| Align Technologies, Inc. | |
| Defendant. | |

Bradley T. Wilders                          , whose business address and telephone number is

Stueve Siegel Hanson LLP, 460 Nichols Road, Suite 200, Kansas City, MO 64112, (816) 714-7100

and who is an active member in good standing of the bar of States of Missouri and Illinois having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:   August 10, 2010

Maxine M. Chesney
United States District Judge