1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEISZLER and JOSEPH STYGER,<br><br>Plaintiffs,<br><br>v.<br><br>ALIGN TECHNOLOGIES, INC.<br><br>Defendants. | Case No.  10-cv-2010 MMC<br><br>[~~PROPOSED~~] ORDER STAYING PROCEEDINGS PENDING SETTLEMENT |

ORDER STAYING PROCEEDINGS

## ORDER

The parties' Joint Stipulation Staying Proceedings Pending Settlement is GRANTED and it is hereby ORDERED that:

(1) The case, including all deadlines, shall be stayed until further notice of this Court;

(2) The CMC currently scheduled for November 12, 2010 is taken off calendar; and

(3) If a Settlement Agreement is not finalized by November 30, 2010, the parties shall promptly notify the Court.

IT IS SO ORDERED.

Dated:  November 3, 2010

_____
Judge of the United States District Court