**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER J. LEISZLER, DDS, et al.,        No. C-10-2010 MMC

12            Plaintiffs,                         **ORDER DEEMING DEFENDANT'S
                                                  MOTION TO DISMISS WITHDRAWN**
13       v.

14   ALIGN TECHNOLOGY, INC.,

15            Defendant.
     _____/

16

17        By separate order filed concurrently herewith, the Court has preliminarily approved

18   the parties' settlement of the above-titled action, and has scheduled an April 8, 2011

19   hearing to consider whether to grant final approval of the settlement.

20        Under the circumstances, defendant's motion to dismiss, filed July 7, 2010, is hereby

21   deemed withdrawn, without prejudice to defendant's renoticing the motion in the event the

22   Court does not grant final approval of the settlement agreement.

23        **IT IS SO ORDERED.**

24

25   Dated:  December 23, 2010                    _____
                                                  MAXINE M. CHESNEY
26                                                United States District Judge

27

28